Letter to Ms. Cox
April 22, 2009
Page Four (4)

The interest rate and your monthly payments are calculated in accordance with your *Adjustable Rate Note* (copy enclosed). As of the November 2008 installment, the interest rate used to calculate the installment was 6.125%.

Your allegations of the Real Estate Settlement Procedure Act ("RESPA") and/or Truth-in-Lending Act ("TILA") violations are very vague. Countrywide is unable to research these allegations until such time that further clarification is provided.

Please be advised that, in providing the above response, Countrywide is not limiting or waiving any rights or remedies it may now or hereafter have, whether arising under your loan documents, at law or in equity, all of which rights and remedies are expressly reserved. Further, the subject loan remains in full force and effect, and we will continue to service your loan in accordance with the valid, binding loan documents that you signed.

I hope that I have addressed your concerns satisfactorily. Thank you for this opportunity to be of service.

Sincerely,

Felicia Ford
Customer Care Specialist
Customer Care Unit

Enclosures

# Exhibit No. 14

# FORENSIC LOAN SECURITIZATION AND CHAIN OF TITLE REPORT

_____

### PREPARED FOR:

Timothy Y Fong.
Attorney at Law
3333 Bowers Ave., Suite 130
Santa Clara, CA 95054
Telephone: (408) 627-7810
Facsimile: (408) 457-9410
timothyyfong919@gmail.com

### CLIENT:

Kimberly Cox

### PROPERTY:

131 Sutphen St.
Santa Cruz, CA 95060
APN: 008-091-17-000

### PREPARED BY:

Charles Cox
131 Sutphen St.
Santa Cruz, CA 95060
Telephone: (831) 466-3440
Facsimile: (619) 330-2379
charles@bayliving.com

Certified Forensic Analyst

August 15, 2010



# TABLE OF CONTENTS

INTRODUCTION ................................................................................................3

DOCUMENTS PROVIDED .................................................................................4

IDENTIFICATION OF PARTIES ..................................................................... 5-6

DEED OF TRUST INFORMATION .................................................................. 7-8

NOTE INFORMATION .......................................................................................9

PARTIES, CHAIN OF DOCUMENTS AND FUNDS CHART ...........................10

ANALYST NARRATIVE AND OBSERVATIONS ...........................................11

INDEX ................................................................................................................12

EXHIBITS
    COPY OF NOTE EXHIBIT A ............................................................ 14-18

    COPY OF DEED OF TRUST EXHIBIT B ......................................... 20-42

    NOTICE OF DEFAULT EXHIBIT C .................................................. 44-46

    NOTICE OF TRUSTEE SALE D ....................................................... 48-49

    COPY OF RECORDED SUBSTITUTION OF TRUSTEE AND

    ASSIGNMENT OF DOT EXHIBIT E .......................................................51

    PROPERTY PROFILE EXHIBIT F ...........................................................53

    POOLING AND SERVICING AGREEMENT EXHIBIT G .............. 55-115

    PROSPECTUS SUPPLEMENT EXHIBIT H.................................... 117-357

Case: 11-05106   Doc# 1-12   Filed: 04/12/11   Entered: 04/12/11 16:06:59   Page 4 of 8

# <u>INTRODUCTION</u>

Dear Mr. Fong:

You have requested my help and engaged my services to examine the loan and/or other documents related to the purchase and/or refinancing of the property referenced in this report.

Although I am not an attorney, my review and opinions expressed are based on my experience and qualifications as a mortgage forensic analyst. I have reviewed and analyzed the documents and other information provided and I have offered opinions based exclusively on those documents and information. At times, I may have made reasonable assumptions based on partial information received or missing.

Certain terms if erroneous, may result in material differences between my findings and the compliance with applicable statutes and laws, regulations, underwriting and/or other guidelines.

While I believe my assumptions and opinions provide a reasonable basis for the results, I make no representations or warranties with respect to the appropriateness of my assumptions for your or anyone's intended use, completeness of the information considered or provided or the accuracy of the findings.

Sincerely,

*Charles Cox*

Charles Cox
Senior Analyst

# DOCUMENTS PROVIDED

| RECORDED DOCUMENTS | |
|---|---|
| X | Deed of Trust (and riders) - See Page |
| X* | Copy of original Note with signature(s) (and riders) - See Page 14 (*Copy of copy only, no signatures or original available...note title company stamp on document) |
| X | Notice of Default and addenda (all pages) -  See Pages 44-46 |
| X | Notice of Trustee Sale - See Page 48 |

ASSIGNMENTS

| Recorded | Doc Number | Chain | Indorsed | |
|---|---|---|---|---|
| No | No document | A to B | No | No assignment from America's Wholesale Lender to anyone |
| Yes | 2009-0056700 12/07/2009 No copy of original note provided | A to B? B to C? Unknown Undisclosed No indorsed copy of note provided | UNK | MERS assignment without disclosing from whom, to "THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLODERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, 2005-2" (WELL AFTER CUT-OFF DATE) |

SUBSTITUTION OF TRUSTEE OR APPOINTMENT OF SUCCESSOR TRUSTEE:

| Recorded | Doc Number | |
|---|---|---|
| Yes | 2009-0056700 12/07/2009 | MERS from CTC REAL ESTATE SERVICES TO RECONTRUST COMPANY |

Note: RECONTRUST "acting as agent" for the "Beneficiary" (which allegedly is CTC Real Estate Services) recorded NOD prior to being substituted in as Trustee.

| SEC DOCUMENTS | |
|---|---|
| X | Pooling and Servicing Agreement (8-K Prospectus Supplement 424B5) - See page 55 |
| | Assignment and Assumption Agreement - See page N/A |
| | Prospectus (424B5) - See Page N/A |
| X | Prospectus Supplement (424B5) - See Page 117 |
| X | SEC link to documents: http://www.secinfo.com/$/SEC/Registrant.asp?CIK=1316260 |

Notes: Numerous QWRs that were sent to the following: Countrywide, Bank of America and RECONTRUST.  The analyst reviewed the QWRs and responses provided.  To date, no originals of any documents have been produced...no copy of the original note has been provided (only a copy of a copy) and no copies showing any indorsements, allonges or other evidence of assignment.

4.

Case: 11-05106    Doc# 1-12    Filed: 04/12/11    Entered: 04/12/11 16:06:59    Page 6 of 8

# IDENTIFICATION OF PARTIES

| BORROWER | CO-BORROWER |
|---|---|
| Kimberly Cox<br>131 Sutphen St.<br>Santa Cruz, CA 95060 | **N/A** |
| **MAILING ADDRESS** | **MAILING ADDRESS** |
| **Same as Above** | **N/A** |

**ORIGINATOR - COUNTRYWIDE HOME LOANS**

| ORIGINAL (DOT) "LENDER" | ESCROW/TITLE COMPANY | NOMINEE OR ALLEGED (DOT) BENEFICIARY |
|---|---|---|
| AMERICA'S WHOLSESALE LENDER*<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | First American Title Company<br>330 Soquel Avenue<br>Santa Cruz, CA 95062 | MERS<br>P.O. Box 2026<br>Flint, MI 48501-2026<br>(888) 679-MERS |
| **ORIGINAL (DOT) TRUSTEE** | **FORECLOSING TRUSTEE** | **LOAN BROKER** |
| CTC REAL ESTATE SERVICES<br>400 COUNTRYWIDE WAY, MSN SV-88<br>SIMI VALLEY, CA 93065 | RECONTRUST COMPANY<br>1800 Tapo Canyon Rd., CA6-914-01-94<br>SIMI VALLEY, CA 93063 | Pacific Capital Mortgage (Jim Doan)<br>11452 El Camino Real #100<br>San Diego, CA 92120 |
| **DEPOSITOR (PSA)** | **MASTER SERVICER (PSA)** | **SERVICER** |
| CWMBS, INC. | COUNTRYWIDE HOME LOANS SERVICING LP | Bank of America Home Loans<br>PO Box 5170<br>Simi Valley, CA 93062-5170 |
| **TRUST/ISSUING ENTITY (NOTS)** | **SPONSOR/SELLER (PSA)** | **ALLEGED INVESTOR TRUSTEE** |
| CHL MORTGAGE PASS-THROUGH TRUST 2005-2 | COUNTRYWIDE HOME LOANS LOGO | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLODERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, 2005-2 |

<span style="color:red">* Listed in the DOT as a CORPORATION organized and existing under the laws of NEW YORK, which leaves open the question the legality of the organization given the name is also supposedly a d/b/a of Country Wide Home Loans, although not disclosed in the DOT as such.</span>

5.

## IDENTIFICATION OF PARTIES (Continued)

| RATING AGENCY | SUCCESSOR TRUSTEE | ATTORNEY IN FACT FOR SUCCESSOR TRUSTEE |
|---|---|---|
| Standard & Poor's, a division of The McGraw-hill Companies, Inc. | | |

| RATING AGENCY | SWAP COUNTERPARTY/CAP COUNTERPARTY | CUSTODIAN |
|---|---|---|
| Moody's Investors Service, Inc. | | |

| RATINGS | CERTIFICATES | CUT-OFF DATE |
|---|---|---|
| | See: Prospectus Supplement Form 424B5.pdf page 76 + | January 1, 2005<br><br>Closing date:<br>January 31, 2005 |

Notes: All of the mortgage loans in the trust fund are "NEGATIVE AMORTIZATION MORTGAGE LOANS." (See: Prospectus Supplement Form 424B5.pdf page 15)

6.