Timothy Y. Fong
CA SBN #255221
3333 Bowers Avenue, STE 130
Santa Clara, CA 95054
Tel 408-627-7810
Fax 408-457-9417
tyfong919@gmail.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:   KIMBERLY COX            Chapter 7

                                 Case No. 5:10-bk-1061716

                                 Adv. Case No. 5:11-ap-05106

                                 CERTIFICATE OF SERVICE
Debtor_____/

   I Charles Wayne Cox, certify that service of the Summons; and copies of the Complaint, Declaration of Kimberly Cox, Declaration of Charles Wayne Cox, Order Setting Telephonic Case Management Conference, and the Bankruptcy Dispute Resolution Program Information sheet, was made on 04/13/2011 by regular, first class United States mail, postage fully pre-paid, addressed to:

      **America's Wholesale Lender**
      **P.O. Box 10219**
      **Van Nuys, CA 91410-0219**

      **Mortgage Electronic Registration Systems**
      **C/O Genpact Registered Agent, Inc.**
      **15420 Laguna Cyn Rd Ste 100**
      **Irvine, CA 92618**

      **RECONTRUST Company**
      **1800 Tapo Canyon Rd. CA6-914-01-94**
      **Simi Valley, CA 93063**

1

The Bank of New York Mellon FKA The
Bank of New York as Trustee for the
Benefit of the Certificateholders CWMBS
Inc. CHL Mortgage Pass-Through Trust
2005-2 Mortgage Pass-Through
Certificates, Series 2005-2
C/O Recontrust Company
1800 Tapo Canyon Rd, CA6-914-01-94
Simi Valley, CA 93063

Countrywide Home Loans, Inc.
C/O CT Corporation System
818 W 7th St.
Los Angeles, CA 90017

BAC Home Loans Servicing, LP
C/O CT Corporation System
4500 Park Granada
Calabasas, CA 91302

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 04/14/2011     Signature: _____

Print Name : Charles Wayne Cox
Business
Address: 131 Sutphen St.

Santa Cruz, CA 95060