2011-0016405 04/19/2011 10:32:17 AM
OFFICIAL RECORDS OF Santa Cruz County
Sean Saldavia Recorder
RECORDING FEE: $21.00
COUNTY TAX: $0.00
CITY TAX: $0.00

NPAC
CONFORMED COPY   3 PGS



ATTORNEY OR PARTY WIHTOUT ATTORNEY (Name, State bar number, and add

Recording requested:
Timothy Y. Fong SBN #255221
3333 Bowers Avenue, Suite 130
Santa Clara, CA 95054
(408) 627-7810
tyfong919@gmail.com

When recorded, return to:
Kimberly Cox
131 Sutphen St.
Santa Cruz, CA 95060

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA**

PLAINTIFF(S):
Kimberly Cox

DEFENDANT(S):
RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YOURK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP; does 1-1000; and, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud upon plaintiff's title thereto.

CASE NUMBER
**5:11-ap-05106**

## NOTICE OF PENDENCY OF ACTION
(CCP 405.2, 405.20, 405.21, 405.22)

NOTE: Code of Civil Procedure, Section 405.21 allows an attorney of record in an action to sign a notice of pendency of action. A judge of the court in which an action is pending may, on request of a party thereto, approve such a notice. A notice of pendency of action may not be recorded unless it is signed by the attorney of record or is signed by a party acting in propria persona and approved by a judge. CCP 405.22 requires service of a notice of pendency of action before recordation.

FOR COURT USE ONLY

NOTICE IS GIVEN that an action commenced on 04/12/2011, in the above-entitled court, which concerns real property or affects the title or right of possession of real property. The names of all parties to the action are as follows:

KIMBERLY COX vs. RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YOURK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP; does 1-1000; and, all persons known or unknown claiming any legal or equitable interest in the property described in this complaint adverse to Plaintiff's title thereto.

The property in question is described as follows:

LOT 8, AS THE SAME IS SHOWN AND DESIGNATED UPON THAT CERTAIN MAP ENTITLED, "SUTPHENS ADDITINO TO SANTA CRUZ, SEPT. 1889, E.D. PERRY, SURVEYOR", FILED FOR RECORD IN THE OFFICE OF THE COUNTY RECORDER ON SEPTEMBER 26, 1889, IN MAP BOOK 10, PAGE 22, SANTA CRUZ COUNTY RECORDS.

EXCEPTING FROM THE HERINABOVE DESCRIBED LANDS SO MUCH AS WAS CONVEYED TO A.L. WHITNEY BY DEED RECORDED JULY 16, 1890, IN VOLUME 73 OF DEEDS, PAGE 352, RECORDS OF SANTA CRUZ COUNTY, BEING A STRIP OF LAND APPROXIMATELY EIGHT FEET IN WIDTH ALONG THE NORTHERLY LINE OF SAID LANDS TO BE --"PERPETUALLY KEPT OPEN, USED AND MAINTAINED AS AN ALLEY WAY--"

A.P. NO.: 008-091-17

Commonly known as 131 Sutphen Street, Santa Cruz, California 95060

Date: 13 APRIL

Timothy Y. Fong
Attorney for Plaintiff Kimberly Cox

NOTICE OF PENDENCY OF ACTION

Case: 11-05106   Doc# 5   Filed: 04/23/11   Entered: 04/23/11 10:56:23   Page 2 of 3

# PROOF OF SERVICE BY MAIL
[CCP 405.22]

I declare that I am over the age of eighteen years and not a party to this action.

My address is 131 Sutphen St., Santa Cruz, CA 95060

On 02/10/2011, I served the following document(s):

**NOTICE OF PENDENCY OF ACTION**

by placing a true and correct copy enclosed in a sealed envelope, with postage fully prepaid in the U.S. mail, by certified mail, return receipt requested, to the following parties:

✓ America's Wholesale Lender
P.O. Box 10219
Van Nuys, CA 91410-0219

✓ Mortgage Electronic Registration Systems
C/O Genpact Registered Agent, Inc.
15420 Laguna Cyn Rd Ste 100
Irvine, CA 92618

✓ RECONTRUST Company
1800 Tapo Canyon Rd. CA6-914-01-94
Simi Valley, CA 93063

✓ The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders CWMBS Inc. CHL Mortgage Pass-Through Trust 2005-2 Mortgage Pass-Through Certificates, Series 2005-2
C/O Recontrust Company
1800 Tapo Canyon Rd, CA6-914-01-94
Simi Valley, CA 93063

✓ Countrywide Home Loans, Inc.
C/O CT Corporation System
818 W 7th St.
Los Angeles, CA 90017

✓ BAC Home Loans Servicing, LP
C/O CT Corporation System
4500 Park Granada
Calabasas, CA 91302

✓ Kimberly Cox
131 Sutphen St.
Santa Cruz, CA 95060

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on  04/19/2011  at Santa Cruz, California

Charles Wayne Cox