MARK JOSEPH KENNEY (State Bar No. 87345)
ADAM N. BARASCH (State Bar No. 158220)
BERNARD J. KORNBERG (State Bar No. 252006)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 677-5548
Facsimile: (415) 677-5664
Email: bjk@severson.com

Attorneys for Defendants
RECONTRUST COMPANY, N.A.;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS TRUSTEE
FOR THE BENEFIT OF THE
CERTIFICATEHOLDERS CWMBS, INC. CHL
MORTGAGE PASS-THROUGH TRUST 2005-2
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2005 2;
AMERICA'S WHOLESALE LENDER;
COUNTRYWIDE HOME LOANS, INC.;
AND BAC HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| IN RE KIMBERLY COX,<br><br>Debtor. | Case No.: 5:10-bk-61716<br><br>Chapter 7<br><br>Adversary No.: 5:11-ap-05106 |
| IN RE KIMBERLY COX,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A. ET. AL.,<br><br>Defendants. | **OBJECTION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**<br><br>Date: June 10, 2011<br>Time: 2:00 P.M.<br>Ctrm: Courtroom 3070<br>Place: 280 South First Street<br>San Jose, CA<br><br>Judge: Hon. Charles Novack |

Defendants Recontrust Company, N.A. ("Reconstrust Company"); Mortgage Electronic Registration Systems, Inc. ("MERS"); The Bank of New York Mellon FKA The bank of New York as Trustee for the Benefit of the Certificateholders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2005-2 Mortgage Pass-Through Certificates, Series 2005-2 ("Bank of New York Melon"); America's Wholesale Lender; Countrywide Home Loans, Inc. ("Countrywide"); and BAC Home Loans Servicing, LP ("BAC Home Loans") (collectively "Defendants") hereby object to Plaintiff Kimberly Cox's ("Plaintiff") Request for Entry of Default for the following reasons.

Pursuant to the Federal Rules of Bankruptcy Procedure ("F.R.B.P.") Rule 7012(a)(4) the effect of filing a F.R.B.P. Rule 7012(b) motion alters the time in which a responsive pleading is to be filed. F.R.B.P. Rule 7012(a) states:

> "Unless the court sets a different time, serving a motion under this rule alters these periods as follows:
> (A) if the court denies the motion or postpones its disposition until trial, the responsive pleading must be served within 14 days after notice of the court's action."

F.R.B.P. 7012(b) further states that: "a motion asserting any of these defenses must be made before pleading." Following the service of the Summons and Complaint on April 13, 2011, Defendants filed a Motion to Dismiss pursuant to F.R.B.P. 7012(b) on May 13, 2011 seeking dismissal based on Plaintiff's lack of standing, a lack of subject matter jurisdiction, for abstention, and for failure to state a claim upon which relief may be granted. The Court has yet to rule on Defendants' Motion to Dismiss, which is set for hearing on June 10, 2011. Since the Court has yet to decide on Defendant's Motion to Dismiss, Plaintiff has filed a premature Request for Entry of Default.

Defendants respectfully request that the Court enter an Order Denying Plaintiff's Request for Entry of Default in this matter.

| | | |
|---|---|---|
| DATED: May 20, 2011 | | Respectfully submitted, |
| | | SEVERSON & WERSON<br>A Professional Corporation |
| | | By:   /s/ Adam N. Barasch<br>              Adam N. Barasch |
| | | Attorneys for Defendants RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON fka The Bank of New York as Trustee for the Benefit of the Certificateholders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2005-2 Mortgage Pass-Through Certificates, Series 2005 2; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; and BAC HOME LOANS SERVICING, LP |