B 260
(1/96)

# United States Bankruptcy Court

__Northern__ District Of __California__

In re __Kimberly Cox,__ )
       Debtor )    Case No. __10-61716__
 )
 )    Chapter __7__
__Kimberly Cox,__ )
       Plaintiff )
 )
       v. )
__AMERICA'S WHOLESALE LENDER,__ )    Adv. Proc. No. __11-05106__
       Defendant )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> AMERICA'S WHOLESALE LENDER

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
*Clerk of the Bankruptcy Court*

_____ By: _____
*Date*       *Deputy Clerk*

| | |
|---|---|
| Timothy Y. Fong<br>CA SBN #255221<br>3333 Bowers Avenue, STE 130<br>Santa Clara, CA 95054<br>Tel 408-627-7810<br>Fax 408-457-9417<br>tyfong919@gmail.com<br><br>Attorney for Debtor<br>Kimberly Cox - 9054<br>131 Sutphen St.<br>Santa Cruz, CA 95060 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>KIMBERLY COX<br><br>    Debtor | Case No. 5:10-bk-61716 CN<br><br>Chapter 7 |
| KIMBERLY COX<br><br>    Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP; does 1-1000; and, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title,<br><br>    Defendants. | Adv. Proc. No. 5:11-ap-05106<br><br>**AFFIDAVIT OR AFFIRMATION OF TIMOTHY Y. FONG IN SUPPORT ENTRY OF DEFAULT**<br><br>[Bankruptcy Rule 7055]<br>[Fed.R.Civ.P. 55(a)] |

-1-

**AFFIDAVIT OR AFFIRMATION**

I, Timothy Y. Fong, pursuant to 28 U.S.C. § 1746, declare and affirm the following:

1. I am the attorney of record for Plaintiff Kimberly Cox in the above-referenced adversary proceeding.

2. The statements set forth are based upon my personal knowledge, and are true and correct to the best of my knowledge, information and belief.

3. Plaintiff filed the Complaint against the above referenced defendants on 04/12/2011

4. The Summons was issued by the court on 04/13/2011.

5. The defendants were served with the Summons and Complaint on 04/13/2011.

6. Pursuant to the Summons, defendants were required to file a motion or answer to the complaint within 30 days after the date of issuance of the summons.

7. Defendant America's Wholesale Lender did not serve or file an answer to Plaintiff's Complaint within the 30 days after the date of issuance of the Summons pursuant to Bankruptcy Rule 7012 or as ordered in the Summons.

8. The purported defendants' attorney filed a motion to dismiss on 05/13/2011 but a motion to dismiss is not an answer to Plaintiff's Complaint, nor is it an approved pleading Pursuant to Fed.R.Civ.P. 7(a).

9. The Summons stated if defendant(s) was/were to make a motion, the time to answer was governed by Bankruptcy Rule 7012.

-2-

DECLARATION IN SUPPORT OF ENTRY OF DEFAULT
Case: 11-05106   Doc# 19   Filed: 05/27/11   Entered: 05/27/11 22:00:09   Page 3 of 4

10. Bankruptcy Rule 7012(b) states Rule 12(b)-(i) of the Fed.R.Civ.P applies to adversary proceedings.

11. As the purported Defendants asserted Fed.R.Civ.P. Rule 12(b)(1) as incorporated by Bankruptcy Rule 7012 and it states in Rule 7012(b) that "A motion asserting any of these defenses **must be made before pleading** if a responsive pleading is allowed." (emphasis added) In this case, a responsive pleading was not only allowed but was required pursuant to the Summons and associated Bankruptcy Rules and Fed.R.Civ.P.

12. To the best of my knowledge, information and belief, The Defendant is not: a natural person, minor or incompetent person, nor is it in the military service within the purview of the Servicemembers Civil Relief Act, 50 U.S.C. app. § 501 et seq.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on 05/25/2011     /s/Timothy Y. Fong
Timothy Y. Fong
Attorney for Plaintiff
Kimberly Cox

-3-

DECLARATION IN SUPPORT OF ENTRY OF DEFAULT
Case: 11-05106   Doc# 19   Filed: 05/27/11   Entered: 05/27/11 22:00:09   Page 4 of 4