| | |
|---|---|
| 1 | MARK JOSEPH KENNEY (State Bar No. 87345) |
| | ADAM N. BARASCH (State Bar No. 158220) |
| 2 | BERNARD J. KORNBERG (State Bar No. 252006) |
| | SEVERSON & WERSON |
| 3 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 677-5548 |
| 5 | Facsimile: (415) 677-5664 |
| | Email: bjk@severson.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | RECONTRUST COMPANY, N.A.; |
| | MORTGAGE ELECTRONIC |
| 8 | REGISTRATION SYSTEMS, INC.; |
| | THE BANK OF NEW YORK MELLON |
| 9 | FKA THE BANK OF NEW YORK AS TRUSTEE |
| | FOR THE BENEFIT OF THE |
| 10 | CERTIFICATEHOLDERS CWMBS, INC. CHL |
| | MORTGAGE PASS-THROUGH TRUST 2005-2 |
| 11 | MORTGAGE PASS-THROUGH CERTIFICATES, |
| | SERIES 2005 2; |
| 12 | AMERICA'S WHOLESALE LENDER; |
| | COUNTRYWIDE HOME LOANS, INC.; |
| 13 | AND BAC HOME LOANS SERVICING, LP |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| IN RE KIMBERLY COX, | Case No.: 5:10-bk-61716 |
| Debtor. | Chapter 7 |
| | Adversary No.: 5:11-ap-05106 |
| IN RE KIMBERLY COX, | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.BANKR.P. 7007.1** |
| Plaintiff, | |
| vs. | Judge: Hon. Charles Novack |
| RECONTRUST COMPANY, N.A. ET. AL., | |
| Defendants. | |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the undersigned, counsel of record for defendants Recontrust Company, N,A. ("Recontrust Company"); Mortgage Electronic Registration Systems, Inc. ("MERS"); The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2005-2 Mortgage Pass-Through Certificates, Series 2005 2 ("Bank of New York Melon"); America's Wholesale Lender Countrywide Home Loans, Inc. ("Countrywide"); and BAC Home Loans Servicing, LP ("BAC Home Loans"), hereby provides the following Corporate Disclosure Statement:

1. ReconTrust Company, N.A. is a national association and is a wholly owned indirect subsidiary of Bank of America, N.A.

2. Bank of America, N.A. is a national association and is a wholly owned indirect subsidiary of Bank of America Corporation.

3. Mortgage Electronic Registration Systems, Inc. is a Delaware corporation. No corporation owns 10% or more of the outstanding shares.

4. America's Wholesale Lender is a DBA for Countrywide Home Loans, Inc.

5. Countrywide Home Loans, Inc. is a New York corporation and a wholly owned indirect subsidiary of Bank of America Corporation.

6. BAC Home Loans Servicing LP is a Texas limited partnership. Its general partners are wholly owned indirect subsidiaries of Bank of America Corporation.

7. Bank of America Corporation is a Delaware corporation with its principal place of business in North Carolina. No corporation owns 10% or more of the outstanding shares.

8. The Bank of New York Mellon is a corporation. No corporation owns 10% or more of the outstanding shares.

| | | |
|---|---|---|
| 1 | DATED:  June 3, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | SEVERSON & WERSON<br>A Professional Corporation |
| 4 | | |
| 5 | | By:  /s/ Bernard J. Kornberg |
| 6 | | Bernard J. Kornberg |
| 7 | | Attorneys for Defendants<br>RECONTRUST COMPANY, N.A.;<br>MORTGAGE ELECTRONIC |
| 8 | | REGISTRATION SYSTEMS, INC.; THE<br>BANK OF NEW YORK MELLON fka The |
| 9 | | Bank of New York as Trustee for the Benefit of<br>the Certificateholders CWMBS, Inc. CHL |
| 10 | | Mortgage Pass-Through Trust 2005-2 Mortgage<br>Pass-Through Certificates, Series 2005 2; |
| 11 | | AMERICA'S WHOLESALE LENDER;<br>COUNTRYWIDE HOME LOANS, INC.; and |
| 12 | | BAC HOME LOANS SERVICING, LP |