| | |
|---|---|
| MARK JOSEPH KENNEY (State Bar No. 87345)<br>ADAM N. BARASCH (State Bar No. 158220)<br>BERNARD J. KORNBERG (State Bar No. 252006)<br>SEVERSON & WERSON<br>A Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 677-5548<br>Facsimile: (415) 677-5664<br>Email: bjk@severson.com<br><br>Attorneys for Defendants<br>RECONTRUST COMPANY, N.A.;<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005 2;<br>AMERICA'S WHOLESALE LENDER;<br>COUNTRYWIDE HOME LOANS, INC.;<br>AND BAC HOME LOANS SERVICING, LP | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| IN RE KIMBERLY COX,<br><br>Debtor. | Case No.: 5:10-bk-61716<br><br>Chapter 7<br><br>Adversary No.: 5:11-ap-05106 |
| IN RE KIMBERLY COX,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A. ET. AL.,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>Date: June 10, 2011<br>Time: 2:00 P.M.<br>Ctrm: Courtroom 3070<br>Place: 280 South First Street<br>San Jose, CA<br><br>Judge: Hon. Charles Novack |

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City and County of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111.

On the date below, I served a copy, with all exhibits (if any), of the following document(s):

- **DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S COUNTER-MOTION TO STRIKE AND FOR ENTRY OF DEFAULT**

- **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.BANKR.P. 7007.1**

on all interested parties in said case addressed as follows:

| | | |
|---|---|---|
| Kimberly Cox<br>131 Sutphen St.<br>Santa Cruz, CA 95060 | Timothy Yett Suen Fong<br>Law Offices of Timothy Y. Fong<br>3333 Bowers Ave., # 130<br>Santa Clara, CA 95054 | John W. Richardson<br>5161 Soquel Dr. #F<br>Soquel, CA 95073 |

[X] **(BY MAIL)** I caused an envelope to be deposited in the mail at San Francisco, California, with first class postage thereon fully prepaid.

I am readily familiar with Severson & Werson's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in sealed envelopes with first class postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in San Francisco, California, on June 3, 2011.

       /s/ Erica Wheelock
Erica Wheelock