B 260
(1/96)

# United States Bankruptcy Court

_____Northern_____ District Of _____California_____

In re Kimberly Cox,_____ )
          Debtor ) Case No. 10-61716_____
           )
           ) Chapter 7_____
Kimberly Cox,_____ )
          Plaintiff )
           )
          v. )
BAC HOME LOANS SERVICING, LP,_____ ) Adv. Proc. No. 11-05106_____
          Defendant )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> BAC HOME LOANS SERVICING, LP

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

                                            Gloria L. Franklin
                                          *Clerk of the Bankruptcy Court*

  6/13/2011_____         By: not signed - see below** tla 6/13/11
      *Date*                                                      *Deputy Clerk*

**Motion to Dismiss Adversary Proceeding filed on 5/17/2011, hearing set for 6/10/2011.