# United States Bankruptcy Court

_____ Northern _____ District Of _____ California _____

In re  Kimberly Cox, _____ )
                    Debtor                    )   Case No. 10-61716 _____
                                              )
                                              )   Chapter 7 _____
        Kimberly Cox, _____   )
                    Plaintiff                 )
                                              )
            v.                                )
THE BANK OF NEW YORK MELLON FKA               )   Adv. Proc. No. 11-05106 _____
THE BANK OF NEW YORK AS TRUSTEE               )
FOR THE BENEFIT OF THE                        )
CERTIFICATEHOLDERS CWMBS, INC.
CHL MORTGAGE PASS-THROUGH TRUST
2005-2 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-2,
                    Defendant

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| |
|---|
| Name: |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2 |

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
                                    Clerk of the Bankruptcy Court

6/13/2011
_____            By: ___ not signed - see below**  tla
Date                              6/13/11

**Motion to Dismiss Adversary Proceeding filed 5/17/2011, hearing
set for 6/10/2011.