B 260
(1/96)

# United States Bankruptcy Court

__Northern__ District Of __California__

| | | |
|---|---|---|
| In re __Kimberly Cox,__<br>    Debtor | ) | Case No. __10-61716__ |
| | ) | |
| | ) | Chapter __7__ |
| __Kimberly Cox,__<br>    Plaintiff | ) | |
| | ) | |
| v. | ) | |
| COUNTRYWIDE HOME LOANS, INC.,<br>    Defendant | ) | Adv. Proc. No. __11-05106__ |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> AMERICA'S WHOLESALE LENDER

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Gloria L. Franklin
*Clerk of the Bankruptcy Court*

6/13/2011
*Date*

By: not signed - see below ** tla
6/13/2011 *Deputy Clerk*

**Motion to Dismiss Adversary Proceeding filed on 5/17/2011, hearing set for 6/10/2011

Case: 11-05106   Doc# 23   Filed: 06/13/11   Entered: 06/13/11 16:30:30   Page 1 of 1