B 260
(1/96)

# United States Bankruptcy Court

<u>    Northern    </u> District Of <u>    California    </u>

In re <u>Kimberly Cox,                   </u> )
        Debtor                            )   Case No. <u>10-61716      </u>
                                    )
                                    )   Chapter <u>7            </u>
<u>Kimberly Cox,                 </u> )
        Plaintiff                         )
                                    )
        v.                                  )
<u>COUNTRYWIDE HOME LOANS, INC.,</u> )   Adv. Proc. No. <u>11-05106    </u>
        Defendant                    )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> COUNTRYWIDE HOME LOANS, INC.

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

<u>       Gloria L. Franklin       </u>
*Clerk of the Bankruptcy Court*

<u>6/13/2011               </u>   By: <u>not signed - see below ** tla</u>
*Date*                                                                     6/13/2011 *Deputy Clerk*

\*\*Motion to Dismiss Adversary Proceeding filed on 5/17/2011, hearing set for 6/10/2011