# United States Bankruptcy Court

__Northern__ District Of __California__

| | |
|---|---|
| In re __Kimberly Cox,__ ) <br> Debtor ) <br> ) <br> __Kimberly Cox,__ ) <br> Plaintiff ) <br> ) <br> v. ) <br> __COUNTRYWIDE HOME LOANS, INC.,__ ) <br> Defendant ) | Case No. __10-61716__ <br><br> Chapter __7__ <br><br><br><br><br> Adv. Proc. No. __11-05106__ |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

```
Name:
     RECONTRUST COMPANY, N.A.
```

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Gloria L. Franklin
*Clerk of the Bankruptcy Court*

6/13/2011
*Date*

By: not signed - see below ** tla
6/13/2011 *Deputy Clerk*

**Motion to Dismiss Adversary Proceeding filed on 5/17/2011, hearing set for 6/10/2011