B 260
(1/96)

# United States Bankruptcy Court

__Northern__ District Of __California__

In re  Kimberly Cox,                              )
                Debtor                         )  Case No. __10-61716__
                                                     )
                                                   )  Chapter __7__

Kimberly Cox,                                    )
                Plaintiff                       )
                                                )
            v.                                             )
MORTGAGE ELECTRONIC                )
REGISTRATION SYSTEMS, INC.,  )  Adv. Proc. No. __11-05106__
                Defendant                 )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

                                                     Gloria L. Franklin
                                                   *Clerk of the Bankruptcy Court*

__6/13/2011__                                 By: __not signed - see below ** tla__
*Date*                                                   6/13/11 *Deputy Clerk*

**Motion to Dismiss Adversary Proceeding filed on 5/17/2011, hearing set for 6/10/2011