B 260
(1/96)

# United States Bankruptcy Court

_____ Northern _____ District Of _____ California _____

| | |
|---|---|
| In re  Kimberly Cox, ) | |
|       Debtor ) | Case No. 10-61716 |
| ) | |
| ) | Chapter 7 |
| Kimberly Cox, ) | |
|       Plaintiff ) | |
| ) | |
| v. ) | |
| COUNTRYWIDE HOME LOANS, INC., ) | Adv. Proc. No. 11-05106 |
|       Defendant ) | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
>     RECONTRUST COMPANY, N.A.

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

 

Gloria L. Franklin
_____
*Clerk of the Bankruptcy Court*

| 6/13/2011 | By: not signed - see below ** tla |
|---|---|
| Date | 6/13/2011 *Deputy Clerk* |

**Motion to Dismiss Adversary Proceeding filed on 5/17/2011, hearing set for 6/10/2011

United States Bankruptcy Court
Northern District of California

Cox,
     Plaintiff                                                         Adv. Proc. No. 11-05106-CN

America's Wholesale Lender,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0971-5         User: kdu          Page 1 of 1          Date Rcvd: Jun 13, 2011
                            Form ID: pdfeoapc    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2011.
dft         +Bac Home Loans Servicing, LP,   4500 Park Granada,   Calabasas, CA 91302-1613
dft         +Countrywide Home Loans, Inc.,   818 W 7th St,   Los Angeles, CA 90017-3407
pla         +Kimberly Cox,   131 Sutphen St.,   Santa Cruz, CA 95060-1939
dft         +Mortgage Electronic Registration Systems, Inc.,   P.O. Box 2026,   Flint, MI 48501-2026
dft         +Recontrust Company, N.A.,   1800 Tapo Canyon Rd,   Simi Valley, CA 93063-6712
dft         +The Bank Of New York Mellon,   5730 Katella Ave,   Cypress, CA 90630-5005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Jun 14 2011 01:20:28
            Office of the U.S. Trustee / SJ,   U.S. Federal Bldg.,   280 S 1st St. #268,
            San Jose, CA   95113-3004
                                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          America's Wholesale Lender,   unknown,   unknown, NY   unknown
                                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2011**                               **Signature:**    /s/ Joseph Speetjens