The following constitutes
the order of the court. Signed June 17, 2011

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KIMBERLY COX ,<br><br>    Debtor. | Case No. 10-61716 CN<br><br>Chapter 7 |
| KIMBERLY COX,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN'S WHOLESALE LENDER, THE BANK OF NEW YORK MELLON, COUNTRYWIDE HOME LOANS, INC., BAC HOME LOANS SERVICING, LP RECONTRUST COMPANY, N.A.,<br><br>    Defendants. | Adversary No. 11-5106<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ADVERSARY PROCEEDING** |

    On June 10 2011 this Court heard Defendants' motion to dismiss the adversary proceeding. Appearances were stated on the record. Good cause appearing;

    IT IS HEREBY ORDERED that for the reasons stated on the record, Defendants' motion to dismiss adversary proceeding is granted.

* * * END OF ORDER * * *

1

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING**
Case: 11-05106   Doc# 33   Filed: 06/17/11   Entered: 06/17/11 13:58:08   Page 1 of 2

**COURT SERVICE LIST**

Timothy Yett Suen Fong
Law Offices of Timothy Y. Fong
3333 Bowers Ave., # 130
Santa Clara, CA 95054

Adam N. Barasch
Bernard Kornberg
Severson and Werson
One Embarcadero Center #2600
San Francisco, CA 94111

2

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ADVERSARY PROCEEDING**
Case: 11-05106    Doc# 33    Filed: 06/17/11    Entered: 06/17/11 13:58:08    Page 2 of 2