# Notice Recipients

District/Off: 0971–5     User: kdu     Date Created: 6/17/2011
Case: 11–05106     Form ID: pdfeoapc     Total: 3

**Recipients of Notice of Electronic Filing:**
aty     Adam N. Barasch     anb@severson.com
aty     Bernard Kornberg     bjk@severson.com
aty     Timothy Yett Suen Fong     tyfong919@gmail.com

TOTAL: 3