# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>KIMBERLY COX<br><br>    Debtor | Case No. 5:10-bk-61716<br><br>Chapter 7 |
| KIMBERLY COX<br><br>    Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP; does 1-1000; and, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title,<br><br>    Defendants. | Adv. Proc. No. 5:11-ap-05106 |

### NOTICE OF ELECTION UNDER 28 U.S.C. § 158(C)(1) TO HAVE APPEAL HEARD BY THE DISTRICT COURT

KIMBERLY COX, the plaintiff, elects to have her appeal from the Order Granting Defendants' Motion to Dismiss Adversary Proceeding, entered in this Adversary

Proceeding on the 17th day of June, 2011, heard by the United States District Court for the Northern District of California under 28 U.S.C. § 158(c)(1).


Dated: 06/23/2011

Signed:    /s/ Timothy Y. Fong_____
           Attorney for Appellant Kimberly Cox
           Timothy Y. Fong
           CA SBN #255221
           3333 Bowers Avenue, STE 130
           Santa Clara, CA 95054
           (408) 627-7810

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard in distrit court.  The appellant may exercise this right only by filing a separate statement of election at the time of filing this notice of appeal.  Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.**