Official Form 17
(12/04)

# United States Bankruptcy Court

## Northern District of California

| | |
|---|---|
| In re:<br>KIMBERLY COX<br>    Debtor | Case No. 5:10-bk-61716<br><br>Chapter 7 |
| KIMBERLY COX<br>    Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP; does 1-1000; and, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title,<br><br>    Defendants. | Adv. Proc. No. 5:11-ap-05106 |

## NOTICE OF APPEAL

KIMBERLY COX, the plaintiff, appeals under 28 U.S.C. § 158(a) or (b) from the Order Granting Defendants' Motion to Dismiss Adversary Proceeding, entered in this Adversary Proceeding on the 17th day of June, 2011.

All the Defendants to the order appealed from mentioned in the caption above, are claimed to be represented by the following attorneys:

> Mark Joseph Kenney
> Adam N. Barasch
> Bernard Kornberg
> Severson & Werson
> One Embarcadero Center Suite 2600
> San Francisco, CA 94111
> (415) 677-5548

The Plaintiff to the order appealed from mentioned in the caption above is represented by the following attorney:

> Timothy Y. Fong
> 3333 Bowers Avenue, STE 130
> Santa Clara, CA 95054
> Tel 408-627-7810

Dated: 06/23/2010

Signed:   /s/ Timothy Y. Fong_____
 Attorney for Appellant Kimberly Cox
 Timothy Y. Fong
 CA SBN #255221
 3333 Bowers Avenue, STE 130
 Santa Clara, CA 95054
 Tel 408-627-7810

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.