Re: 11-05106

FILED
JUN 24 2011
CLERK
United States Bankruptcy Court
~~San Jose, California~~

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CERTIFICATE OF MAILING</u>

I, the undersigned, a regularly appointed and qualified clerk in the office of the Northern District of California, San Jose, California, hereby certify:

NOTICE OF APPEAL, STATEMENT OF ELECTION.

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document by depositing it in the regular United States mail at San Jose, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below.

Mark Joseph Kenney
Adam N. Barasch
Bernard Kornberg
Severson & Werson
One Embarcadero Center Suite 2600
San Francisco, CA 94111

U.S. District Court
280 S. First Street 2nd Floor
San Jose, CA 95113

Timothy Y. Fong
3333 Bowers Avenue, STE 130
Santa Clara, CA 95054

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Dated: June 24, 2011

_____
Kristine Hang Du, Deputy Clerk

Certificate of Mailing.wpt