1   MARK JOSEPH KENNEY (State Bar No. 87345)
    ADAM N. BARASCH (State Bar No. 158220)
2   BERNARD J. KORNBERG (State Bar No. 252006)
    SEVERSON & WERSON
3   A Professional Corporation
    One Embarcadero Center, Suite 2600
4   San Francisco, CA 94111
    Telephone: (415) 677-5548
5   Facsimile: (415) 677-5664
    Email: bjk@severson.com
6
    Attorneys for Appellees-Defendants
7   RECONTRUST COMPANY, N.A.;
    MORTGAGE ELECTRONIC
8   REGISTRATION SYSTEMS, INC.;
    THE BANK OF NEW YORK MELLON
9   FKA THE BANK OF NEW YORK AS TRUSTEE
    FOR THE BENEFIT OF THE
10  CERTIFICATEHOLDERS CWMBS, INC. CHL
    MORTGAGE PASS-THROUGH TRUST 2005-2
11  MORTGAGE PASS-THROUGH CERTIFICATES,
    SERIES 2005 2;
12  AMERICA'S WHOLESALE LENDER;
    COUNTRYWIDE HOME LOANS, INC.;
13  AND BAC HOME LOANS SERVICING, LP

14              UNITED STATES BANKRUPTCY COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17  IN RE KIMBERLY COX,                 | Case No.: 5:10-bk-61716

18          Debtor.                     | Chapter 7

19                                      | Adversary No.: 5:11-ap-05106

20  ─────────────────────────           | District Court Case No.: 5:11-cv-03166-
                                        | EJD
21  IN RE KIMBERLY COX,
                                        |
22          Plaintiff,                  | **APPELLEES' DESIGNATION OF THE
                                        | RECORD ON APPEAL**
23          vs.

24  RECONTRUST COMPANY, N.A. ET. AL.,

25          Defendants.

26

27

28

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellees-Defendants Recontrust Company, N,A. ("Recontrust Company"); Mortgage Electronic Registration Systems, Inc. ("MERS"); The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2005-2 Mortgage Pass-Through Certificates, Series 2005 2 ("Bank of New York Melon"); America's Wholesale Lender[1]; Countrywide Home Loans, Inc. ("Countrywide"); and BAC Home Loans Servicing, LP ("BAC Home Loans")[2], hereby designates the following additional documents be included in the record on appeal.

*** Tables on Next Page ***

---

[1] America's Wholesale Lender is actually not a separate defendant but a registered ficticious business name of defendant Countrywide Home Loans.

[2] Effective July 1, 2011, appellee/defendant BAC Home Loans Servicing, LP merged with Bank of America, N.A. Bank of America, N.A is the surviving entity and is the successor by merger to BAC Home Loans Servicing, LP.

**Designation of Record of Documents filed in the Adversary Proceeding**

**Case No. 5:11-ap-05106**

| Binder Identification | Date Filed | Adversary Case Docket No. | Description |
|---|---|---|---|
| 1-1 | N/A | N/A | The Docket of Adversary Proceeding No. 5:11-ap-05106, filed in the United States Bankruptcy Court for the Northern District of California, San Jose Division |
| 1-2 | 4/12/2011 | 1 | Adversary Complaint |
| 1-3 | 5/17/2011 | 7 | Defendants' Motion to Dismiss Adversary Proceeding |
| 1-4 | 5/17/2011 | 7 (Attachment #1) | Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss Adversary Proceeding |
| 1-5 | 5/27/2011 | 13 | Plaintiff's Objection and Opposition to Defendant's Motion to Dismiss and Counter-Motions |
| 1-6 | 5/27/2011 | 13 (Attachment #1) | Plaintiff's Memorandum of Points and Authorities in Support of Objection and Opposition to Motion to Dismiss and Counter-Motions |
| 1-7 | 5/27/2011 | 13 (Attachment #2) | Declaration of Charles Cox in Support of Objection and Opposition to Motion to Dismiss and Counter-Motions |
| 1-8 | 6/3/2011 | 20 | Reply to Plaintiff's Opposition and Objection to Motion to Dismiss |
| 1-9 | 6/3/2011 | 20 (Attachment #1) | Defendants' Corporate Disclosure Statement |
| 1-10 | 6/17/2011 | 33 | Order Granting Motion to Dismiss Adversary Proceeding |
| 1-11 | 6/23/2011 | 34 | Notice of Election to Have Appeal Heard by the District Court |
| 1-12 | 6/23/2011 | 35 | Notice of Appeal |
| 1-13 | 7/7/2011 | 38 | Appellant's Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented |

**Designation of Record of Documents filed in Plaintiff's Main Bankruptcy Proceeding**

**Case No. 10-61716**

| Binder Identification | Date Filed | Bankr. Case Docket No. | Description |
|---|---|---|---|
| 2-1 | N/A | N/A | The Docket of Bankruptcy Case No. 10-61716, filed in the United States Bankruptcy Court for the Northern District of California, San Jose Division |
| 2-2 | 11/12/2010 | 1 | Chapter 7 Voluntary Petition |
| 2-3 | 2/10/2011 | 19 | Summary of Schedules |
| 2-4 | 2/10/2011 | 21 | Plaintiff's Bankruptcy Schedules |
| 2-5 | 2/10/2011 | 22 | Statement of Financial Affairs |
| 2-6 | 4/1/2011 | 24 | Notice of Motion and Motion to Compel Abandonment; Memorandum of Points and Authorities; Declaration of Kimberly Cox in Support of Motion |
| 2-7 | 4/27/2011 | 29 | Unsigned Order on Motion to Compel |

DATED:  July 11, 2011

Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By:  ____/s/ Bernard J. Kornberg____
Bernard J. Kornberg

Attorneys for Appellees-Defendants RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON fka The Bank of New York as Trustee for the Benefit of the Certificateholders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2005-2 Mortgage Pass-Through Certificates, Series 2005 2; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; and BAC HOME LOANS SERVICING, LP

-4-